# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**TIGER LILY LLC;**
**HUNTER OAKS APARTMENTS UTAH, LLC;**
**NORTH 22ND FLAT, LLC;**
**CHERRY HILL GARDENS LLC;**
**CHURCHILL TOWNHOMES LLC;**
**BRITTANY RAILEY; and**
**APPLEWOOD PROPERTY MANAGEMENT, LLC,**

    Plaintiffs

vs.                                                                             No: 2:20-cv-02692-MSN-atc

**UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
and **BENJAMIN S. CARSON, M.D.** in his official capacity as United States Secretary of Housing and Urban Development;
**UNITED STATES DEPARTMENT OF JUSTICE**
and **WILLIAM P. BARR**, in his official capacity as United States Attorney General;
**UNITED STATES CENTER FOR DISEASE CONTROL AND PREVENTION**
and **NINA B. WITKOVSKY,** in her official capacity as Acting Chief of Staff of the Center for Disease Control and Prevention;
**UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES**
and **ALEX AZAR,** in his official capacity as United States Secretary of Health and Human Services;
**VICE ADMIRAL JEROME M. ADAMS, M.D.**, in his official capacity as United States Surgeon General; and
**D. MICHAEL DUNAVANT,** in his official capacity as United States Attorney General for the Western District of Tennessee

    Defendants.

# JOINT CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS, TIGER LILY, LLC, HUNTER OAKS APARTMENTS UTAH, LLC, NORTH 22ND FLAT, LLC, CHERRY HILL GARDENS, LLC, CHURCHILL TOWNHOMES, LLC, AND APPLEWOOD PROPERTY MANAGEMENT, LLC

**COMES NOW**, Plaintiffs, Tiger Lily, LLC, Hunter Oaks Apartments Utah, LLC, North 22nd Flat, LLC, Cherry Hill Gardens, LLC, Churchill Townhomes, LLC, and Applewood Property Management, LLC, pursuant to Federal Rule of Civil Procedure 7.1, and state as follows:

1. Tiger Lily, LLC is limited liability company organized under the laws of the State of Tennessee, is not publicly traded, has no parent corporation, and no publicly held corporation owns 10% or more of its membership interests.

2. Hunter Oaks Apartments Utah, LLC is limited liability company organized under the laws of the State of Utah, is not publicly traded, has no parent corporation, and no publicly held corporation owns 10% or more of its membership interests.

3. North 22nd Flat, LLC is limited liability company organized under the laws of the State of New Jersey, is not publicly traded, has no parent corporation, and no publicly held corporation owns 10% or more of its membership interests.

4. Cherry Hill Gardens, LLC is limited liability company organized under the laws of the State of Tennessee, is not publicly traded, has no parent corporation, and no publicly held corporation owns 10% or more of its membership interests.

5. Churchill Townhomes, LLC is limited liability company organized under the laws of the State of Tennessee, is not publicly traded, has no parent corporation, and no publicly held corporation owns 10% or more of its membership interests.

6. Applewood Property Management, LLC is limited liability company organized under the laws of the State of Tennessee, is not publicly traded, has no parent corporation, and no publicly held corporation owns 10% or more of its membership interests.

Respectfully Submitted,

**GLANKLER BROWN, PLLC**

/s/ S. Joshua Kahane
S. Joshua Kahane (BPR #23726)
jkahane@glankler.com
Aubrey B. Greer (BPR #35613)
agreer@glankler.com
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
Telephone: (901) 525-1322
Facsimile: (901) 525-2389

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2020, a copy of the foregoing Corporate Disclosure Statement was served on the parties listed below via the Court's ECF System, e-mail, and/or United States Mail postage pre-paid:

As of this date, there are no parties listed on the Court's ECF System to be served.

/s/ S. Joshua Kahane
S. Joshua Kahane