IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TIGER LILY LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | Case No. 2:20-cv-2692-MSN-atc |

NOTICE OF APPEARANCE BY AUDREY M. CALKINS

Defendants give notice that Assistant U.S. Attorney Audrey M. Calkins will serve as counsel of record for Defendants in this case.

Dated:  October 9, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

LESLIE COOPER VIGEN
Trial Attorney (DC Bar No. 1019782)
(admission forthcoming)
Leslie.vigen@usdoj.gov
Steven A. Myers
Senior Trial Counsel (NY Bar No. 4823043)
(admission forthcoming)
steven.myers@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0727

Fax: 202) 616-8470

D. MICHAEL DUNAVANT
United States Attorney

By: *s/ Audrey M. Calkins*
Stuart J. Canale (TN BPR # 12590)
stuart.canale@usdoj.gov
Audrey M. Calkins (TN BPR # 30093)
audrey.calkins@usdoj.gov
Assistant United States Attorneys
167 N. Main St. Suite 800
Memphis, Tennessee 38103
Phone: 901-544-4231
Fax: 901-544-4230

*Counsel for Defendants*