**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

TIGER LILY LLC;
HUNTER OAKS APARTMENTS UTAH, LLC;
NORTH 22ND FLAT, LLC;
CHERRY HILL GARDENS LLC;
CHURCHILL TOWNHOMES LLC;
BRITTANY RAILEY; and
APPLEWOOD PROPERTY MANAGEMENT, LLC,

    Plaintiffs,

v.   No: 2:20-cv-2692-MSN-atc

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
and BENJAMIN S. CARSON, M.D. in his official capacity as United States Secretary of Housing and Urban Development;
UNITED STATES DEPARTMENT OF JUSTICE
and WILLIAM P. BARR, in his official capacity as United States Attorney General;
UNITED STATES CENTER FOR DISEASE CONTROL AND PREVENTION
and NINA B. WITKOVSKY, in her official capacity as Acting Chief of Staff of the Center for Disease Control and Prevention;
UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES
and ALEX AZAR, in his official capacity as United States Secretary of Health and Human Services;
VICE ADMIRAL JEROME M. ADAMS, M.D., in his official capacity as United States Surgeon General; and
D. MICHAEL DUNAVANT, in his official capacity as United States Attorney General for the Western District of Tennessee,

    Defendants.

**ORDER GRANTING NATIONAL HOUSING LAW PROJECT'S**
**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE**

Before the Court is Amicus Curiae National Housing Law Project's Motion for Leave to File Amicus Brief ("Motion") (ECF No. 35) filed October 21, 2020. The Motion seeks leave to

file a brief of amicus curiae in support of Defendants and opposing the pending motion for preliminary injunction in this matter.

"While no rule governs the issue at the district court level, it is generally accepted as being within the district court's discretion to permit the filing of an amicus brief." *Ark Encounter, LLC v. Stewart*, 311 F.R.D. 414, 426 (E.D. Ky. 2015) (citing *United States v. State of Michigan*, 940 F.2d 143, 165 (6th Cir. 1991)). This Court will exercise its discretion to allow National House Law Project to file an amicus brief. The Motion is hereby **GRANTED**, and National Housing Law Project may file its brief of amicus curiae.

**IT IS SO ORDERED**, this 22nd day of October 2020.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE