**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| TIGER LILY, LLC, et al., | |
| Plaintiffs, | |
| v. | Case No. 2:20-cv-2692-MSN-atc |
| DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, et al., | |
| Defendants. | |

**NOTICE OF APPEARANCE**

**COMES NOW** Lani D. Lester of the law firm Burch, Porter & Johnson, PLLC and files this Notice of Appearance as counsel of record in the above styled case on behalf of Amicus National Housing Law Project.

Respectfully Submitted,

s/ Lani D. Lester
**BURCH, PORTER & JOHNSON, PLLC**
Jef Feibelman (#7677)
Lani Lester (#35226)
130 North Court Avenue
Memphis, TN 38103
(901) 524-5000 (Telephone)
(901) 524-5024 (Facsimile)
jfeibelman@bpjlaw.com
llester@bpjlaw.com

**NATIONAL HOUSING LAW PROJECT**
Eric Dunn, *seeking admission pro hac vice*
919 E. Main Street, Ste. 410
Richmond, VA  23219
edunn@nhlp.org
(415) 546-7000 (Telephone)

*Attorneys for Amicus National*
*Housing Law Project*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of notice of the foregoing has been served upon all counsel of record by electronic means via the Court's ECF system this October 22, 2020.

s/ Lani D. Lester