**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

TIGER LILY LLC;
HUNTER OAKS APARTMENTS UTAH, LLC;
NORTH 22ND FLAT, LLC;
CHERRY HILL GARDENS LLC;
CHURCHILL TOWNHOMES LLC;
BRITTANY RAILEY; and
APPLEWOOD PROPERTY MANAGEMENT, LLC,

    Plaintiffs,

v.      No. 2:20-cv-02692-MSN-atc

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
and BENJAMIN S. CARSON, M.D., in his official capacity as United States Secretary of Housing and Urban Development;
UNITED STATES DEPARTMENT OF JUSTICE
and WILLIAM P. BARR, in his official capacity as United States Attorney General;
UNITED STATES CENTER FOR DISEASE CONTROL AND PREVENTION
and NINA B. WITKOVSKY, in her official capacity as Acting Chief of Staff of the Center for Disease Control and Prevention;
UNITED STATES DEPARTEMENT OF HEALTH & HUMAN SERVICES
and ALEX AZAR, in his official capacity as United States Secretary of Health and Human Services;
VICE ADMIRAL JEROME M. ADAMS, M.D., in his official capacity as United States Surgeon General; and
D. MICHAEL DUNAVANT, in his official capacity as United States Attorney for the Western District of Tennessee,

    Defendants.

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

    Before the Court is a motion for Eric Dunn of National Housing Law Project to appear on behalf of Amicus Curiae National Housing Law Project, filed on November 5, 2020. (ECF No. 68.) After considering the motion and attached documents, the Court finds that it meets all the

requirements of LR 83.4(d).  The motion is thus **GRANTED**.  Eric Dunn is admitted *pro hac vice* to appear on Amicus Curiae's behalf in the above-captioned matter.

     **IT IS SO ORDERED**, this 9th day of November, 2020.

                                    *s/ Mark S. Norris*
                                    Honorable Mark S. Norris
                                    United States District Judge